■ MELVIN FEIGELSON, Appellant-Respondent, v. ALLSTATE INSURANCE COMPANY, Respondent-Appellant.—

Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.